IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ROBERT J. HILDENSTEIN, SR.,

    Petitioner,

-vs-

DONALD ENLOE,

    Respondent.                        No. 13-cv-1216-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order entered by this Court on March 15, 2016 (Doc. 25), the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 is **DISMISSED with prejudice**. Judgment in favor of the respondent.

                                      JUSTINE FLANAGAN,
                                      ACTING CLERK OF COURT


                                      BY: *s/Caitlin Fischer*
                                                Deputy Clerk

**DATED:** March 15, 2016

Digitally signed by Judge David R. Herndon
Date: 2016.03.15 12:57:37 -05'00'

**APPROVED:**
        U.S. DISTRICT JUDGE
        U. S. DISTRICT COURT